**UNITED STATES PRETRIAL SERVICES AGENCY**
Eastern District of New York

# MEMORANDUM

| | |
|---|---|
| **DATE:** | August 27, 2021 |
| **TO:** | Honorable Roanne L. Mann<br>United States Magistrate Judge |
| **RE:** | Bekmuratov, Mirzobek<br>Docket No.: 1:21-00832M-3 |

**Bail Violation Memo and Request for Modification of Release Conditions**

Reference is made to the above-named defendant who was arrested by the Federal Bureau of Investigation on July 20, 2021, pursuant to a warrant charging him with Extortion, in violation of Title 18 U.S.C. § 1951. On the same date, he made an initial appearance before United States Magistrate Judge Peggy Kuo and was granted release on a $150,000 unsecured bond cosigned by two sureties with the following conditions of release:

1. Must report to Pretrial Services as directed
2. Must surrender all passports to Pretrial Services and cannot reapply for new travel documents
3. Subject to random home and employment visits by Pretrial Services
4. Travel restricted to New York City and Long Island
5. Cannot have contact with any codefendants, victims, witnesses, or potential witnesses unless in the presence of defense counsel
6. Subject to home curfew with location monitoring as directed by Pretrial Services

We write to inform Your Honor the defendant violated his conditions of release and had law enforcement contact on July 22, 2021. The defendant notified Pretrial Services on July 23, 2021, that he received a desk appearance ticket from the New York City Police Department for driving with a suspended driver's license and provided a copy of the citation letter. The defendant was charged with Aggravated Unlicensed Operation of a Motor Vehicle, 3rd Degree Misdemeanor, and he is scheduled to appear in Kings County Criminal Court on August 11, 2021. He explained he reported to Kings County Criminal Court on August 11, 2021, but the clerk informed him to contact the court in two weeks since his case was not ready yet. On August 26, 2021, Pretrial Services spoke to the Kings County Clerks' Office and was informed that the Kings County District Attorney's Office declined to prosecute the defendant for this offense, and no disposition or new court date was available.

The defendant was verbally admonished for operating a vehicle without a valid driver's license, particularly while under pretrial supervision. Given the history of suspensions and revocations cited in the bail report during the initial pretrial investigation and law enforcement contact on July 22, 2021, Pretrial Services respectfully request the Court to modify the conditions of release to include "cannot operate a vehicle without a valid driver license". An order has been attached for Your Honor's convenience should the Court deem this modification request appropriate. Neither Assistant United States Attorney Matthew Galeotti,

nor defense counselor Jacob Kaplan object to the proposed bond modification. Should Your Honor require additional information, please do not hesitate to contact Officer Ramel Moore at (718) 613-2408.

Prepared by: *Ramel Moore*  
Ramel Moore  
U.S. Pretrial Services Officer

Approved by: *Ignace Sanon-Jules*  
Ignace Sanon-Jules  
Supervising Pretrial Services Officer

Attachment

**RE:** Bekmuratov, Mirzobek
**Docket No.:** 1:21-00832M-3

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's conditions of release be modified to include "cannot operate a vehicle without a valid license".

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____

SO ORDERED,

/s/ Roanne L. Mann                                    8/27/21

Honorable Roanne L. Mann                              Date
  U.S. Magistrate Judge

cc:   Matthew Galeotti, Assistant United States Attorney
      Jacob Kaplan, Defense counsel